IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GLENN T. MELLOR, individually and
as parents and natural guardians
of Logan S. Mellor, and COLLEEN MELLOR,

      Plaintiffs,

v.                       //    CIVIL ACTION NO. 1:07CV88
                                (Judge Keeley)

STEVEN BRUCKER, PAUL D. BRUCKER,
and ELIZABETH BRUCKER,

      Defendants.

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **December 7, 2007 at 1:30 p.m.**, is **RESCHEDULED** for **December 10, 2007 at 4:30 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the defendant to initiate the call to **(304)624-5850**. All counsel shall notify defendant's counsel no later than 10:00 a.m. on December 10, 2007 of the number where they may be reached at the time of the call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 4, 2007.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE