IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GLENN T. MELLOR, individually and
as parents and natural guardians
of LOGAN S. MELLOR, and COLLEEN MELLOR,

     Plaintiffs,

v.

STEVEN BRUCKER, PAUL D. BRUCKER,
and ELIZABETH BRUCKER,

     Defendants.

CIVIL ACTION NO. 1:07 CV88
(Judge Keeley)

### ORDER OF DISMISSAL OF PAUL D. BRUCKER AND ELIZABETH BRUCKER

Pursuant to the stipulation of voluntary dismissal heretofore filed herein, pursuant to Rule 41 (a)(1)(ii) of the West Virginia Rules of Civil Procedure, the above-styled action is hereby ORDERED and ADJUDGED to be dismissed as to Paul D. Brucker and Elizabeth Brucker only, without prejudice, and that plaintiffs and defendants shall bear their own attorney's fees and costs of action. The style of this matter should be modified to reflect this change.

It is further ORDERED that the Clerk shall serve certified copies of this Order upon all counsel of record.

**ENTER:** this *11th* day of December, 2007.

IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

APPROVED BY:

~~Peter D. Friday by Carlos Marker~~ Bar # 9702
Peter D. Friday, WV Bar No. 5005
Friday, Porta Cox & Ward
3220 W. Liberty Avenue, Suite 200
Pittsburgh, PA 15216
*Counsel for Plaintiffs*


APPROVED BY:

~~Heather M. Wright by Carlos Marker~~ Bar # 9702
Heather M. Wright, WV Bar No. 7814
MacCorkle, Lavender, Casey & Sweeney, PLLC
6000 Hampton Center, Suite B
Morgantown, West Virginia 26505
*Counsel for the Defendants*